# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT MASEL** and **TZIPORA MASEL,**
Appellants,

v.

**MTGLQ INVESTORS, L.P.,**
Appellee.

No. 4D18-1227

[July 12, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 17017493 (11).

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Nicole R. Ramirez of eXL Legal, PLLC, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***